UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LANCE REBERGER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 3:13-cv-00071-MMD-VPC<br><br>ORDER |

Following upon the notice of appearance (dkt. no. 13) by petitioner's counsel in this habeas matter,

IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Jonathan M. Kirshbaum, Esq., appearing as petitioner's counsel of record.

IT IS FURTHER ORDERED that petitioner shall have up to and including January 7, 2014, within which to file an amended petition and/or seek other appropriate relief.  Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established.  Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims. The Court will screen the amended petition filed prior to ordering a response.

IT IS FURTHER ORDERED that any state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying

the exhibits by number or letter.  The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment.  The hard copy of any exhibits filed by either counsel shall be delivered — for this case — to the Clerk's office in Las Vegas.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED THIS 18th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2