# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANCE REBERGER,<br><br>                Petitioner,<br>   v.<br>STATE OF NEVADA, *et al.,*<br><br>                Respondents. | Case No. 3:13-cv-00071-MMD-VPC<br><br>ORDER |

This counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the Court on several motions for extension of time, which, good cause appearing, will be granted. Also before the Court are petitioner Lance Reberger's two pro se motions to dismiss the Federal Public Defender as his counsel (ECF Nos. 71, 74). However, Reberger has now filed a motion to voluntarily dismiss his motions to dismiss the FPD (ECF No. 82). He indicates that he and his counsel have resolved their conflicts.

Accordingly, it is ordered that petitioner's motion to voluntarily dismiss his motions to dismiss counsel (ECF No. 82) is granted.

It is further ordered that petitioner's two *pro se* motions to dismiss his counsel (ECF Nos. 71 and 74) and his two *pro se* motion for extension of time to file a *pro se* opposition (ECF Nos. 70 and 77) are all withdrawn.

It is further ordered that the petitioner's five counseled motions for extension of time to file an opposition to the motion to dismiss (ECF Nos. 67, 68, 69, 76, and 78) are all granted *nunc pro tunc*.

1       It is further ordered that petitioner's counsel's two motions for extension of time to respond to motion to compel (ECF Nos. 75 and 79) are both granted *nunc pro tunc.*

      It is further ordered that petitioner's motion for leave to file an opposition to the motion to dismiss that exceeds the page limit (ECF No. 81) is granted.

      It is further ordered that respondents' motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 83) is granted. Respondents will file their reply on or before March 1, 2018.

      DATED THIS 13th day of February 2018.

                                      MIRANDA M. DU
                                      UNITED STATES DISTRICT JUDGE