UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANCE REBERGER,<br><br>        Petitioner,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Respondents. | Case No. 3:13-cv-00071-MMD-VPC<br><br>ORDER |

This counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the Court on respondents' motions for reconsideration and third motion for extension of time to file a reply in support of their motion to dismiss (ECF Nos. 87, 89, 90). The Court will grant these motions, but no further extension of time will be granted.

It is therefore ordered that respondents' motion for reconsideration (docketed as ECF Nos. 87 and 89) and third motion for extension of time (ECF No. 90) are granted. Respondents must file their reply on or before March 19, 2018. In light of the age of this case, the Court endeavors to rule on the motion to dismiss by the end of March.

DATED THIS 15th day of March 2018.

                                                MIRANDA M. DU
                                                UNITED STATES DISTRICT JUDGE