UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANCE REBERGER,<br><br>                    Petitioner,<br>    v.<br>STATE OF NEVADA, *et al.*,<br><br>                    Respondents. | Case No. 3:13-cv-00071-MMD-CBC<br><br>ORDER |

This 28 U.S.C. § 2254 petition for a writ of habeas corpus is before the Court on motions for extension of time by both parties. Good cause appearing, the Court will grant the motions.

It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 95) is granted *nunc pro tunc*.

It is further ordered that Petitioner's first and second motions for extension of time to file a reply in support of the petition (ECF Nos. 98 and 100) are both granted *nunc pro tunc*.

DATED THIS 30th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE