UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LANCE REBERGER,<br><br>　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:13-cv-00071-MMD-CLB<br><br>ORDER |

This is a 28 U.S.C. § 2254 counseled habeas corpus petition. Despite being represented by counsel, Petitioner Lance Reberger filed a *pro se* motion for the Court to modify its previous order. (ECF No. 109.) Respondents moved to strike Petitioner's filing. (ECF No. 112.) Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the Court. *See* LR IA 11-6. Petitioner's filing is thus a fugitive document not properly before the Court. Accordingly, the Court will grant Respondents' motion.

It is therefore ordered that Respondents' motion to strike (ECF No. 112) is granted. The Clerk of Court is directed to strike Petitioner's *pro se* motion for this Court to modify its previous order (ECF No. 109) as a fugitive document.

DATED THIS 27th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE