UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANCE REBERGER, | Case No. 3:13-cv-00071-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

On March 23, 2020, this Court granted Petitioner Lance Reberger's Second Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. (ECF No. 104.) The Court ordered Reberger to be released from custody unless the Respondents filed a written notice of election to retry Reberger and commenced proceedings toward the retrial within 180 days. (*Id.* at 61.) Respondents filed a notice of election to retry Reberger on May 22, 2020. (ECF No. 114.) Thereafter, the parties sought—and the Court granted—several requests to extend the deadline for commencement of Reberger's retrial. (*See* ECF Nos. 117, 124, 127.) This Court takes judicial notice of the online docket records of the Eighth Judicial District Court for Clark County, which shows that (1) Reberger's November 29, 2021, trial date was vacated, (2) Reberger entered into a guilty plea agreement pursuant to *Alford* on December 20, 2021, (3) Reberger was resentenced on February 4, 2022, and (4) a new judgment of conviction was entered on February 8, 2022.[1]

It is therefore ordered that the writ of habeas corpus is satisfied, and the Clerk of Court is accordingly directed to close this case.

DATED THIS 19th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The online docket records of the Eighth Judicial District Court for Clark County may be accessed by the public online at: https://www.clarkcountycourts.us.